IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES SANFORD POBURSKY and WANDA POBURSKY,<br><br>            Plaintiffs,<br>  v.<br>MADERA COUNTY, et al.,<br>            Defendants. | 1: 07 - CV - 0611 AWI DLB<br><br>ORDER VACATING JUNE 25, 2007 HEARING DATE |

      Defendants' motion to dismiss has been set for hearing in this case on June 25, 2007. The court has reviewed the motion, opposition, and reply and has determined that this matter is suitable for decision without oral argument. Local Rule 78-230(h). Therefore, IT IS HEREBY ORDERED that the previously set hearing date of June 25, 2007, is VACATED, and the parties shall not appear at that time. As of June 25, 2007, the court will take the matter under submission, and will thereafter issue its decision.

IT IS SO ORDERED.

Dated:   June 20, 2007                           /s/ Anthony W. Ishii
                                                          UNITED STATES DISTRICT JUDGE