IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES SANFORD POBURSKY and WANDA POBURSKY,<br><br>              Plaintiffs,<br>  v.<br><br>MADERA COUNTY, et al.,<br><br>              Defendants. | 1: 07 - CV - 611 AWI DLB<br><br>ORDER VACATING OCTOBER 22, 2007 HEARING DATE |

Defendants' motion to dismiss the amended complaint has been set for hearing in this case on October 22, 2007.  Pursuant to Local Rule 78-230(c), Plaintiffs were required to file either an opposition or a notice of non-opposition no later than October 9, 2007.  Plaintiffs failed to do so. Due to Plaintiffs' failure to file a timely opposition or notice of non-opposition, they are in violation of the Local Rules.  See 78-230(c).  Plaintiffs are further not entitled to be heard at oral argument in opposition to the motion.  See 78-230(c). The court has reviewed Defendants' motion and the applicable law, and the court has determined that the motion is suitable for decision without oral argument.  See  Local Rule 78-230(h).

Therefore, IT IS HEREBY ORDERED that the previously set hearing date of October 22, 2007,  is VACATED, and no party shall appear at that time.  As of October 22, 2007,  the court will take the matter under submission, and will thereafter issue its decision.

IT IS SO ORDERED.

Dated:  October 17, 2007                /s/ Anthony W. Ishii
                                           UNITED STATES DISTRICT JUDGE