IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **JAMES SANFORD POBURSKY and WANDA POBURSKY,**<br><br>　　　　　　　**Plaintiffs**,<br>　　v.<br><br>**MADERA COUNTY, et al.,**<br><br>　　　　　　　**Defendants.** | 1: 07 - CV - 0611 AWI DLB<br><br>ORDER GRANTING DEFENDANTS' MOTION FOR ADDITIONAL TIME IN WHICH TO FILE AN OPPOSITION TO DEFENDANTS' MOTION TO DISMISS<br><br>(Document #62) |

　　On September 19, 2007, Defendants filed a motion to dismiss the amended complaint. This motion was set for hearing on October 22, 2007. When Plaintiffs did not file a timely opposition pursuant to Local Rule 78-230(c), on October 18, 2007, the court vacated the October 22, 2007 hearing and took Defendants' motion under submission.

　　On October 19, 2007, Plaintiffs filed a motion for continuance and motion for relief from default on Defendants' motion to dismiss. The court construes these motions as a motion for additional time in which to file an opposition to Defendants' motion. In this document, Plaintiffs state they only recently received a copy of Defendants' motion to dismiss and there was confusion over the date for the hearing on Defendants' motion and a status conference hearing.

　　Good cause having been presented to the court, the court will give Plaintiffs additional time in which to file an opposition. At this time, the pending motion to dismiss will remain under submission. If, after receiving all briefs, the court believes a hearing is necessary, the court will set a hearing date. Accordingly, the court ORDERS that:

　　1.　　Plaintiffs' motions, which have been construed as a motion for additional time in which to file an opposition, are GRANTED;

2.    Plaintiffs SHALL FILE with the court and serve on Defendants' attorneys an opposition to Defendants' motion by 4:00 p.m. on November 5, 2007;

3.    Defendants may file any reply brief by 4:00 p.m. on November 19, 2007; and

4.    The pending motion will remain under submission and the court will issue an opinion after November 19, 2007.

IT IS SO ORDERED.

**Dated:**   **October 30, 2007**              **/s/ Anthony W. Ishii**
                                                UNITED STATES DISTRICT JUDGE