# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES S. POBURSKY, et al., | 1:07cv0611 AWI DLB |
| Plaintiffs, | ORDER DENYING PLAINTIFFS' MOTIONS TO FILE SECOND AMENDED COMPLAINT (Documents 65 and 73) |
| v. | ORDER GRANTING PLAINTIFFS SIXTY DAYS TO RESPOND TO MOTION TO DISMISS OR FILE A RENEWED MOTION TO FILE SECOND AMENDED COMPLAINT |
| MADERA COUNTY, et al., | |
| Defendants. | ORDER VACATING MARCH 10, 2008, HEARING |

Plaintiffs James S. and Wanda Pobursky ("Plaintiffs") filed the instant motion to file a second amended complaint on January 10, 2008. Also before the Court is Plaintiffs' November 5, 2007, motion to file a second amended complaint, which was referred to the undersigned pursuant to the Court's December 21, 2007, order. The motions were heard on February 15, 2008, before the Honorable Dennis L. Beck, United States Magistrate Judge. Plaintiffs are appearing pro se in this matter and appeared on their own behalf. Michael Linden appeared on behalf of Defendants County of Madera, Richard Ackerman, James Adkins, Brian Cummings, Karl Hancock, Chris Swanson and Jacob Tallman (collectively, "Defendants").

## PROCEDURAL BACKGROUND

Plaintiffs filed this action on April 23, 2007. The allegations stem from an incident during which Plaintiffs were arrested and their children taken into custody of Child Protective Services. The complaint named numerous employees of the County of Madera, as well as employees of the Madera County Superior Court.

1

On July 12, 2007, the Court granted the County and State Court Defendants' motion to dismiss with leave to amend. Certain Defendants were dismissed without leave to amend.

On August 13, 2007, Plaintiffs filed their First Amended Complaint ("FAC"). Defendants moved to dismiss the FAC on September 19, 2007.

On November 5, 2007, after receiving an extension of time, Plaintiffs filed a motion for leave to file a second amended complaint ("SAC") to add additional Defendants and causes of action.

On December 21, 2007, the Court granted County Defendants' motion to dismiss in part. Specifically, the Court decided that the action would proceed on (1) the first cause of action, alleging that Defendants County of Madera, Deputy Brian Dee Cunnings, Sergeant Karl E. Hancock, Deputy Tallmon, Deputy J. Adkins, and Deputy Swanson violated Plaintiffs' Fourth Amendment rights and conspired to violate Plaintiffs' Fourth Amendment rights; (2) the third cause of action to the extent Plaintiff Wanda Pobursky alleges that Defendant Sergeant Ackerman and two Doe Nurses caused a serious risk to her health by refusing to allow her to use a breast pump; and (3) the fourth cause of action alleging that Defendant Doc's Towing and Transport, Defendant Clifton Ginn, Defendant Madera County, Defendant Deputy Jacob Tallmon, and Defendant Deputy J. Adkins violated Plaintiffs' Fourth Amendment rights by stopping, searching and impounding Plaintiffs' van. The Court dismissed all other causes of action and referred the pending motion to amend the complaint to the Magistrate Judge. The Court recognized that leave to amend is granted in many situations, but explained that it "has already informed Plaintiffs about the deficiencies noted in this order." It continued:

> Neither the amended complaint nor Plaintiffs' motion and briefs filed after the pending motion to dismiss cure the deficiencies noted above. Plaintiffs have not asked to file an amended complaint that corrects any deficiencies. The court finds that, at this time, Plaintiffs are unable or unwilling to amend their action to properly allege the constitutional claims and RICO claims being dismissed by this order. Thus, these claims and Defendants will be dismissed without leave to amend at this time. However, this ruling is without prejudice to Plaintiffs filing a properly noticed motion to amend in which they include sufficient allegations to state a claim.

On January 10, 2008, Plaintiffs filed the instant motion for leave to file a SAC. Also on January 10, 2008, County Defendants filed their answer to the FAC.

1  County Defendants opposed the motion to amend on January 29, 2008.

2  On February 6, 2008, County Defendants filed a motion to dismiss for insufficient service

3  and/or process.  The motion is set for hearing on March 10, 2008.[1]

### DISCUSSION AND ORDER

As the Court explained to Plaintiffs at the hearing, the Court is unable to decide Plaintiffs' motions to amend because they did not submit a proposed Second Amended Complaint with their motions.  See Local Rule 5-137(c).  Accordingly, the Court DENIES Plaintiffs' motions WITHOUT PREJUDICE.

However, the Court will grant Plaintiffs SIXTY (60) DAYS from the date of service of this order within which to file an opposition to Defendants' February 6, 2008, motion to dismiss/motion to quash OR file a motion for leave to file a SAC, along with a proposed SAC.  If Plaintiffs file a motion to amend, the Court will review the motion *and* determine whether Defendants' February 6, 2008, motion should go forward.  The March 10, 2008, hearing before the Honorable Anthony W. Ishii is therefore VACATED.

IT IS SO ORDERED.

Dated:   **February 25, 2008**          **/s/ Dennis L. Beck**
                                                            UNITED STATES MAGISTRATE JUDGE

---

[1] During the hearing, Plaintiffs confirmed that the proofs of service filed on February 5, 2008, reflected service effected prior to the Court's December 21, 2007, order dismissing the served Defendants.

3