# IN THE UNITED STATES DISTRICT COURT FOR THE
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES SANFORD POBURSKY and, WANDA POBURSKY, <br><br> Plaintiffs, <br><br> v. <br><br> MADERA COUNTY, et al., <br><br> Defendants | No.: 1:07-CV-00611 AWI DLB <br><br> ORDER GRANTING MOTION TO EXTEND TIME TO RESPOND TO MOTION TO DISMISS <br><br> (Document # 110) |

On August 1, 2008, Plaintiffs filed a motion to extend the time in which to respond to Defendants' motion to dismiss for twenty days.[1]  Pursuant to Plaintiffs' motion, Plaintiffs may file any opposition to Defendants' motion to dismiss up until 4:00 p.m. on August 20, 2008.  Defendants may file any reply up until 4:00 p.m. on August 29, 2008.  Because the motion to dismiss has been pending since February 2008, the court is not inclined to extend the deadlines any further.

IT IS SO ORDERED.

Dated:   August 13, 2008                    /s/ Anthony W. Ishii
                                    CHIEF UNITED STATES DISTRICT JUDGE

---

[1] Plaintiffs' motion is dated July 29, 2008.