1
2
3
4
5
6
7
8

# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| JAMES S. POBURSKY, et al., | ) | 1:07cv0611 AWI DLB |
| | ) | |
| | ) | |
| | ) | ORDER DENYING PLAINTIFF'S EX PARTE |
| Plaintiffs, | ) | MOTION FOR ORDER COMMANDING |
| | ) | ATTENDANCE AT HEARING |
| v. | ) | |
| | ) | (Document 174) |
| MADERA COUNTY, et al., | ) | |
| | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

Plaintiffs James S. and Wanda Pobursky ("Plaintiffs") are proceeding pro se in this action.

Defendants' motion for involuntary dismissal was heard on March 26, 2010, and is currently under submission.

On March 17, 2010, Plaintiff James Pobursky filed a second ex parte motion for an order commanding hearing attendance. Mr. Pobursky argues that the Madera County Jail should be ordered to allow him to appear in person because the phone service at the county jail is of "very poor quality."

As discussed at the hearing, this Court does not have authority to order the Madera County Jail to pay for the expense of transporting Plaintiff where this action does not challenge the conditions of Plaintiff's confinement and therefore does not directly involve the Madera County Jail.

    Moreover, incarcerated prisoners routinely appear by phone for matters related to their actions. In fact, the Court allows parties and/or counsel to appear by phone for most matters. Contrary to Mr. Pobursky's concerns, he was able to communicate fully and effectively during the hearing.

    Accordingly, Plaintiff's motion to compel personal attendance is DENIED.

IT IS SO ORDERED.

   **Dated:**   **March 29, 2010**              **/s/ Dennis L. Beck**
                                               UNITED STATES MAGISTRATE JUDGE