# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| JAMES S. POBURSKY, et al., | ) | 1:07cv0611 AWI DLB |
| | ) | |
| | ) | |
| Plaintiffs, | ) ) | ORDER DENYING PLAINTIFF'S EX PARTE MOTION FOR ORDER COMMANDING ATTENDANCE AT HEARING |
| v. | ) | |
| | ) | (Document 181) |
| MADERA COUNTY, et al., | ) | |
| | ) | |
| Defendants. | ) ) | |

Plaintiffs James S. and Wanda Pobursky ("Plaintiffs") are proceeding pro se in this action.

On April 6, 2010, the Court issued Findings and Recommendations that Defendants' motion for involuntary dismissal be denied. Pursuant to Defendants' request, the Court set a status conference for April 28, 2010.

On April 26, 2010, Plaintiff James Pobursky filed a *third* ex parte motion for an order commanding hearing attendance. He now contends that he is harassed and intimidated by the staff's monitoring of his phone usage and that he is being denied access to legal materials. He also argues that he missed "visual actions" during the hearing on Defendants' motion for involuntary dismissal.

The Court discussed many of Plaintiff's concerns at the prior hearing. He presents nothing in the current motion that would change this Court's previous denial of his request. Insofar as Plaintiff contends that he missed visual cues that would have changed how he handled

his opposition, the Court notes that it has recommended that Defendants' motion be *denied*. Nor is there any indication that Plaintiff was prohibited from effectively communicating his position at the hearing.

Accordingly, Plaintiff's motion to compel personal attendance is DENIED.

IT IS SO ORDERED.

Dated:   **April 27, 2010**                           /s/ **Dennis L. Beck**
                                                             UNITED STATES MAGISTRATE JUDGE