# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| JAMES S. POBURSKY, et al., | ) | 1:07cv0611 AWI DLB |
| | ) | |
| Plaintiffs, | ) | ORDER STAYING DISCOVERY |
| | ) | |
| v. | ) | ORDER AMENDING SCHEDULING CONFERENCE ORDER |
| | ) | (Document 149) |
| MADERA COUNTY, et al., | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

Plaintiffs James S. and Wanda Pobursky ("Plaintiffs") are proceeding pro se in this action. James Pobursky is currently incarcerated in the Madera County Jail.

On April 6, 2010, Defendants requested that the Court hold a status conference to discuss modification of the October 15, 2010, Scheduling Conference Order. The Court held a hearing on the matter on April 28, 2010, before the Honorable Dennis L. Beck, United States Magistrate Judge. Michael Linden appeared on behalf of Defendants. Plaintiff James Pobursky appeared by telephone. Plaintiff Wanda Pobursky was present in the courtroom.

The parties agreed that a stay of discovery is the most practical way to proceed given Mr. Pobursky's incarceration. Accordingly, discovery is STAYED until July 23, 2010.[1] During this stay, however, the parties may confer in an attempt to schedule depositions.

---

[1] Plaintiffs indicated that Mr. Pobursky would be released on July 21 or July 22, 2010.

1

The stay also requires extension of the dates set forth in the Court's October 15, 2010, Scheduling Conference Order.  The Court therefore AMENDS the October 15, 2010, order and sets the following deadlines:

| | |
|---|---|
| Expert Witness Disclosure: | October 1, 2010 |
| Non-expert Discovery: | October 29, 2010 |
| Expert Discovery: | November 19, 2010 |
| Non-dispositive Motion Filing: | November 24, 2010 |
| Non-dispositive Motion Hearing: | December 17, 2010 |
| Dispositive Motion Filing: | December 31, 2010 |
| Dispositive Motion Hearing: | February 14, 2011 |
| Pre-trial Conference: | April 1, 2011<br>Courtroom 2, 8:30 a.m. |
| Trial: | May 4, 2011<br>Courtroom 2, 8:30 a.m.<br>Jury trial, 10 days |

The parties shall refer to the October 15, 2009, Scheduling Conference Order for specific information regarding these dates.

IT IS SO ORDERED.

**Dated:   April 28, 2010**              /s/ **Dennis L. Beck**
                                         UNITED STATES MAGISTRATE JUDGE