# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| JAMES S. POBURSKY, et al., | ) | 1:07cv0611 AWI DLB |
| | ) | |
| Plaintiffs, | ) ) ) | ORDER ADOPTING FINDINGS AND RECOMMENDATIONS AND DENYING DEFENDANTS' MOTION TO DISMISS |
| v. | ) | |
| MADERA COUNTY, et al., | ) ) | (Documents #164 & #178) |
| | ) | |
| Defendants. | ) ) | |

Plaintiffs James S. and Wanda Pobursky ("Plaintiffs") are proceeding pro se in this action.

On April 6, 2010, the Magistrate Judge issued Findings and Recommendations that recommended Defendants' motion for involuntary dismissal be DENIED. The Findings and Recommendations were served on all parties and contained notice that any objections were to be filed within thirty (30) days. No party has filed objections.

In accordance with the provisions of 28 U.S.C. § 636 (b)(1)(c), this Court has conducted a *de novo* review of the case. Having carefully reviewed the entire file, the Court finds that the Findings and Recommendation is supported by the record and proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The Findings and Recommendations dated April 6, 2010, are ADOPTED IN FULL; and
2. Defendants' motion for involuntary dismissal is DENIED.

IT IS SO ORDERED.

**Dated:   May 10, 2010**               /s/ Anthony W. Ishii
                                         CHIEF UNITED STATES DISTRICT JUDGE