# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| JAMES S. POBURSKY, et al., | ) | 1:07cv0611 AWI DLB |
| | ) | |
| | ) | ORDER REQUIRING PARTIES TO |
| Plaintiffs, | ) | SCHEDULE DEPOSITIONS |
| | ) | |
| v. | ) | |
| | ) | |
| MADERA COUNTY, et al., | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

Plaintiffs James S. and Wanda Pobursky ("Plaintiffs") are proceeding pro se in this action. Discovery is currently stayed until July 23, 2010.

Although discovery is stayed, the Court suggested that the parties meet and confer in an attempt to schedule depositions. On May 26, 2010, Defendants requested that the Court set a status conference because Plaintiffs have not adequately responded to Defendants' request to schedule the depositions.

Rather than set a status conference, **the Court ORDERS Defendants to communicate eight (8) proposed dates for the depositions to Plaintiffs by May 31, 2010. Plaintiffs shall chose one of those dates, or propose other dates, by June 10, 2010.**

**Failure to comply with this order may result in the imposition of sanctions.**

IT IS SO ORDERED.

Dated:   **May 27, 2010**              **/s/ Dennis L. Beck**
                                    UNITED STATES MAGISTRATE JUDGE