# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES S. POBURSKY, et al.,<br><br>　　　　　　Plaintiffs,<br><br>　v.<br><br>MADERA COUNTY, et al.,<br><br>　　　　　　Defendants. | 1:07cv0611 AWI DLB<br><br>ORDER GRANTING NOTICE OF TAKING OF DEPOSITIONS OF PLAINTIFFS, CHRISTIANA POBURSKY, ELISHA POBURSKY AND JOSHUA POBURSKY<br>(Document194)<br><br>Date: July 6 and 7, 2010<br>Place: Courtroom 7 |

　　　Plaintiffs James S. and Wanda Pobursky ("Plaintiffs") are proceeding pro se in this action.

　　　On June 14, 2010, Defendants notified the Court that the parties had agreed to conduct the depositions of Plaintiffs and three of their children on July 6 and 7, 2010.  The Court GRANTS the notice of taking these depositions.  However, because the undersigned is not available on these dates, the depositions will take place in the **Courtroom of the Honorable Sandra M. Snyder, United States Magistrate Judge.**  The depositions SHALL be held as follows:

| DEPONENT | DATE | TIME | LOCATION |
|---|---|---|---|
| James Pobursky | July 6, 2010 | 9:00 a.m. | United States District Court<br>Eastern District of California<br>Courtroom 7<br>2500 Tulare Street<br>Fresno, CA 93721 |

1

| Wanda Pobursky | July 6, 2010 | 1:30 p.m. | United States District Court<br>Eastern District of California<br>Courtroom 7<br>2500 Tulare Street<br>Fresno, CA 93721 |
| --- | --- | --- | --- |
| Christiana Pobursky | July 7, 2010 | 9:00 a.m. | United States District Court<br>Eastern District of California<br>Courtroom 7<br>2500 Tulare Street<br>Fresno, CA 93721 |
| Elisha Pobursky | July 7, 2010 | 10:30 a.m. | United States District Court<br>Eastern District of California<br>Courtroom 7<br>2500 Tulare Street<br>Fresno, CA 93721 |
| Joshua Pobursky | July 7, 2010 | 11:30 a.m. | United States District Court<br>Eastern District of California<br>Courtroom 7<br>2500 Tulare Street<br>Fresno, CA 93721 |

The parties are advised that the depositions may be recorded on videotape in addition to stenographic recording.

**Failure to appear for the depositions will result in the imposition of sanctions.**

IT IS SO ORDERED.

Dated:   **June 15, 2010**              /s/ **Dennis L. Beck**
                                       UNITED STATES MAGISTRATE JUDGE