# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| JAMES S. POBURSKY, et al., | ) | 1:07cv0611 AWI DLB |
| | ) | |
| Plaintiffs, | ) ) ) | ORDER GRANTING REQUEST TO RE-SET THE DEPOSITIONS OF PLAINTIFFS, CHRISTIANA POBURSKY, ELISHA |
| v. | ) ) | POBURSKY AND JOSHUA POBURSKY (Document 201) |
| MADERA COUNTY, et al., | ) ) | Date: July 27 and 28, 2010 |
| | ) | Place: Courtroom 9 |
| Defendants. | ) ) | |

Plaintiffs James S. and Wanda Pobursky ("Plaintiffs") are proceeding pro se in this action. On July 2, 2010, Defendants agreed to continue the previously scheduled depositions of Plaintiffs and their three children.

On July 12, 2010, Defendants notified the Court that Plaintiffs were available for depositions on July 27 and July 28, 2010. Declaration of Michael R. Linden, ¶ 3. The Court therefore GRANTS the request to re-set these depositions. The depositions SHALL be held as follows:

| DEPONENT | DATE | TIME | LOCATION |
|---|---|---|---|
| James Pobursky | July 27, 2010 | 9:00 a.m. | United States District Court<br>Eastern District of California<br>Courtroom 9<br>2500 Tulare Street<br>Fresno, CA 93721 |

| Wanda Pobursky | July 27, 2010 | 1:30 p.m. | United States District Court<br>Eastern District of California<br>Courtroom 9<br>2500 Tulare Street<br>Fresno, CA 93721 |
|---|---|---|---|
| Christiana Pobursky | July 28, 2010 | 9:00 a.m. | United States District Court<br>Eastern District of California<br>Courtroom 9<br>2500 Tulare Street<br>Fresno, CA 93721 |
| Elisha Pobursky | July 28, 2010 | 10:30 a.m. | United States District Court<br>Eastern District of California<br>Courtroom 9<br>2500 Tulare Street<br>Fresno, CA 93721 |
| Joshua Pobursky | July 28, 2010 | 11:30 a.m. | United States District Court<br>Eastern District of California<br>Courtroom 9<br>2500 Tulare Street<br>Fresno, CA 93721 |

The parties are advised that in addition to stenographic recording, the depositions may be recorded on videotape.

**Failure to appear for the depositions will result in the imposition of sanctions.**

IT IS SO ORDERED.

Dated: **July 14, 2010**          /s/ **Dennis L. Beck**
                                    UNITED STATES MAGISTRATE JUDGE