# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES S. POBURSKY, et al., | 1:07cv0611 AWI DLB |
| Plaintiffs, | ORDER DENYING PLAINTIFFS' REQUEST TO CONTINUE HEARING<br>(Document 208) |
| v. | ORDER SETTING HEARING DATE |
| MADERA COUNTY, et al., | **Date: September 17, 2010**<br>**Time: 9:00 a.m.** |
| Defendants. | **Courtroom 9** |

Plaintiffs James S. and Wanda Pobursky ("Plaintiffs") are proceeding pro se in this action.

On July 28, 2010, Plaintiffs filed a motion for a protective order. Defendants opposed the motion on August 6, 2010. The motion has not been set for hearing.

On August 13, 2010, Defendants filed an amended motion for involuntary dismissal and set the hearing for September 13, 2010, before the Honorable Anthony W. Ishii.

On August 30, 2010, Plaintiffs filed a request to continue the hearing date because of "urgent family appointments" scheduled from September 12 through September 26. Defendants filed an opposition the same day.

Plaintiffs' request to continue the hearing is DENIED. Plaintiffs' citation to "urgent family appointments," without more, is insufficient to demonstrate good cause to continue the hearing. Plaintiffs may appear by telephone if necessary.

1

1  Defendants' motion has been referred to the undersigned and the Court therefore sets the
2  hearing for **September 17, 2010, at 9:00 a.m. in Courtroom 9**. Plaintiffs' opposition to the
3  motion SHALL be due on or before **September 10, 2010.** No reply shall be filed.

4  The parties are advised that the Court will also hear Plaintiffs' motion for a protective
5  order at the September 17, 2010, hearing. The motion is fully briefed and no further filings are
6  necessary.

7  IT IS SO ORDERED.

8  Dated:   **September 1, 2010**                    /s/ **Dennis L. Beck**
                                                   UNITED STATES MAGISTRATE JUDGE