# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES S. POBURSKY, et al., ) | 1:07cv0611 AWI DLB |
| ) | |
| Plaintiffs, ) | ORDER GRANTING DEFENDANTS' EX PARTE APPLICATION TO MODIFY SCHEDULING ORDER |
| v. ) | |
| MADERA COUNTY, et al., ) | (Document 217) |
| ) | |
| Defendants. ) | |

On September 29, 2010, Defendants filed an ex parte application for an order modifying the Scheduling Conference Order. Defendants seek to extend the October 1, 2010, expert witness disclosure deadline to November 1, 2010. Defendants contend that good cause exists because they have been unable to conduct detailed discovery and as a result, their expert is unable to prepare a full and complete report.

The Court finds that good cause exists to amend the April 29, 2010, Scheduling Conference Order. Defendants ex parte application is GRANTED and the expert disclosure deadline is extended to November 1, 2010. All further dates shall remain.

IT IS SO ORDERED.

Dated: **September 30, 2010**           /s/ **Dennis L. Beck**
                                 UNITED STATES MAGISTRATE JUDGE

1