1  James J. Arendt, Esq.          Bar No. 142937
   Valerie J. Velasco, Esq.       Bar No. 267141
2
   WEAKLEY, ARENDT & McGUIRE, LLP
3       1630 East Shaw Avenue, Suite 176
           Fresno, California  93710
4         Telephone:  (559) 221-5256
           Facsimile:  (559) 221-5262
5
   Attorneys for Defendants, COUNTY OF MADERA, RICHARD ACKERMAN, JAMES ADKINS,
6  BRIAN CUNNINGS, KARL HANCOCK, CHRIS SWANSON and JACOB TALLMON

7

8                          UNITED STATES DISTRICT COURT

9                      EASTERN DISTRICT OF CALIFORNIA, FRESNO

10

11 JAMES SANFORD POBURSKY and          ) CASE NO. 1:07-CV–00611 AWI DLB
   WANDA POBURSKY,                     )
12                                     )
              Plaintiffs,              ) **EX PARTE APPLICATION FOR ORDER**
13                                     ) **MODIFYING AMENDED SCHEDULING**
              vs.                      ) **ORDER (DOC. 185)**
14                                     )
   MADERA COUNTY, et al.,              )
15                                     )
              Defendants.             )
16                                     )
   _____ )
17

18       Defendants, COUNTY OF MADERA, RICHARD ACKERMAN, JAMES ADKINS, BRIAN

19 CUNNINGS, KARL HANCOCK, CHRIS SWANSON, and JACOB TALLMON, hereby submit the

20 following ex parte application for an order modifying the *Order Amending Scheduling Order* ("*Amended*

21 *Scheduling Order*") (Doc. 185).

22       On October 4, 2010, Magistrate Judge Dennis Beck issued  findings and recommendations

23 granting defendants' motion to dismiss with prejudice (Doc. 219).  Plaintiffs' objections to these

24 findings, if any, are to be filed on or before November 12, 2010.

25       In light of the pending order on this motion, the COUNTY defendants request modification of

26 ///

27 ///

28 ///

_____
Exparte Application for Order
Modifying Amended Scheduling Order

the operative scheduling order as follows:

|  | **Old Date** | **New Date** |
|---|---|---|
| Non-Expert Discovery | October 29, 2010 | December 3, 2010 |
| Expert Witness Disclosure | November 1, 2010 | December 17, 2010 |
| Expert Discovery | November 19, 2010 | January 14, 2011 |
| Non-dispositive Motion Filing | November 24, 2010 | January 21, 2011 |
| Dispositive Motion Filing | December 31, 2010 | January 28, 2011 |

Respectfully submitted,

DATED: October 28, 2010

WEAKLEY, ARENDT & McGUIRE, LLP

By:       /s/ James J. Arendt
James J. Arendt
Attorney for Defendants
COUNTY OF MADERA, et al.

### **DECLARATION OF JAMES J. ARENDT**

I , James J. Arendt, declare as follows:

1.      I am an attorney at law, duly licensed to practice before the courts in the State of California and the United States District Court for the Eastern District of California. I am a partner with the law firm of Weakley, Arendt & McGuire, LLP, the attorneys of record for defendants, COUNTY OF MADERA, RICHARD ACKERMAN, JAMES ADKINS, BRIAN CUNNINGS, KARL HANCOCK, CHRIS SWANSON, and JACOB TALLMON.  As such, I have personal knowledge of the matters set forth herein, except those matters stated on information and belief, and would so testify.

2.      This declaration is made in support of defendants' ex parte application for an order modifying the *Order Amending Scheduling Order* ("*Amended Scheduling Order*") (Doc. 185).

3.      Good cause exists for this request due to fact that on October 4, 2010, Magistrate Judge Dennis Beck issued  findings and recommendations granting defendants' motion to dismiss with prejudice (Doc. 219).  Plaintiffs' objections to these findings, if any, are to be filed on or before November 12, 2010.

4.      Defendants believe that the proposed dates would provide adequate time for the Court to review any objections and reply and either adopt or reject the findings and recommendations while still leaving ample time to conduct necessary discovery and exchange expert disclosures.  This request is made in good faith and with no improper purpose.

I declare under penalty of perjury that the foregoing is true and correct, to the best of my knowledge, and that this declaration was executed on October 28, 2010, at Fresno, California.


                                                    /s/ James J. Arendt
                                                    James J. Arendt

### **ORDER**

Defendants' ex parte application for an order modifying the *Order Amending Scheduling Order* ("*Amended Scheduling Order*") (Doc. 185) is granted.  The current scheduling order is modified as follows:

|                              | **Old Date**        | **New Date**       |
| ---------------------------- | ------------------- | ------------------ |
| Non-Expert Discovery         | October 29, 2010    | December 3, 2010   |
| Expert Witness Disclosure    | November 1, 2010    | December 17, 2010  |
| Expert Discovery             | November 19, 2010   | January 14, 2011   |
| Non-dispositive Motion Filing| November 24, 2010   | January 21, 2011   |
| Dispositive Motion Filing    | December 31, 2010   | January 28, 2011   |

IT IS SO ORDERED.

**Dated:   October 28, 2010**                         **/s/ Dennis L. Beck**
                                                    UNITED STATES MAGISTRATE JUDGE