James J. Arendt, Esq.           Bar No. 142937
Valerie J. Velasco, Esq.        Bar No. 267141

WEAKLEY, ARENDT & McGUIRE, LLP
1630 East Shaw Avenue, Suite 176
Fresno, California   93710
Telephone: (559) 221-5256
Facsimile:  (559) 221-5262

Attorneys for Defendants, COUNTY OF MADERA, RICHARD ACKERMAN, JAMES ADKINS, BRIAN CUNNINGS, KARL HANCOCK, CHRIS SWANSON and JACOB TALLMON

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA, FRESNO

| | |
|---|---|
| JAMES SANFORD POBURSKY and WANDA POBURSKY,<br><br>　　　　Plaintiffs,<br><br>　　vs.<br><br>MADERA COUNTY, et al.,<br><br>　　　　Defendants.<br>_____ | CASE NO. 1:07-CV–00611 AWI DLB<br><br>**DEFENDANTS' SECOND EX PARTE APPLICATION FOR ORDER MODIFYING AMENDED SCHEDULING ORDER (DOC. 185)** |

Defendants, COUNTY OF MADERA, RICHARD ACKERMAN, JAMES ADKINS, BRIAN CUNNINGS, KARL HANCOCK, CHRIS SWANSON, and JACOB TALLMON, hereby submit the following ex parte application for an order modifying the *Order Amending Scheduling Order* ("*Amended Scheduling Order*") (Doc. 185).

On October 4, 2010, Magistrate Judge Dennis Beck issued findings and recommendations granting defendants' motion to dismiss with prejudice (Doc. 219). Plaintiffs filed objections to the findings and recommendations with the Court on November 9, 2010 (Doc. 222) and on November 16, 2010 Defendants filed a reply to Plaintiffs' objections. (Doc. 223). In light of the fact that the Court has not yet adopted or rejected the findings and recommendations of the magistrate, the COUNTY request modification of the operative scheduling order as follows:

///

---

Exparte Application for Order
Modifying Amended Scheduling Order

|   | **Old Date** | **New Date** |
|---|---|---|
| Non-Expert Discovery | December 3, 2010 | January 3, 2011 |
| Expert Witness Disclosure | December 17, 2010 | January 17, 2011 |
| Expert Discovery | January 14, 2011 | February 14, 2011 |
| Non-dispositive Motion Filing | January 21, 2011 | February 21, 2011 |
| Dispositive Motion Filing | January 28, 2011 | February 28, 2011 |

Respectfully submitted,

DATED: December 3, 2010

WEAKLEY, ARENDT & McGUIRE, LLP

By:   /s/ James J. Arendt
James J. Arendt
Attorney for Defendants
COUNTY OF MADERA, et al.

### DECLARATION OF JAMES J. ARENDT

I, James J. Arendt, declare as follows:

1. I am an attorney at law, duly licensed to practice before the courts in the State of California and the United States District Court for the Eastern District of California. I am a partner with the law firm of Weakley, Arendt & McGuire, LLP, the attorneys of record for defendants, COUNTY OF MADERA, RICHARD ACKERMAN, JAMES ADKINS, BRIAN CUNNINGS, KARL HANCOCK, CHRIS SWANSON, and JACOB TALLMON. As such, I have personal knowledge of the matters set forth herein, except those matters stated on information and belief, and would so testify.

2. This declaration is made in support of defendants' ex parte application for an order modifying the *Order Amending Scheduling Order* ("*Amended Scheduling Order*") (Doc. 185).

3. Good cause exists for this request due to fact that on October 4, 2010, Magistrate Judge Dennis Beck issued findings and recommendations granting defendants' motion to dismiss with prejudice (Doc. 219). Plaintiffs filed objections to those findings and recommendations with the Court

and Defendants filed a brief in reply to Plaintiffs' objections on November 9, 2010 and November 16, 2010 respectively. (Docs. 222-223). The Court has not yet issued a final ruling on that motion.

4. Defendants believe that the proposed dates would provide adequate time for the Court to either adopt or reject the findings and recommendations while still leaving ample time to conduct necessary discovery and exchange expert disclosures. This request is made in good faith and with no improper purpose.

I declare under penalty of perjury that the foregoing is true and correct, to the best of my knowledge, and that this declaration was executed on December 2, 2010, at Fresno, California.

    /s/ James J. Arendt
James J. Arendt

**ORDER**

Defendants' ex parte application for an order modifying the *Order Amending Scheduling Order* ("*Amended Scheduling Order*") (Doc. 185) is granted in part. The dates set in the current scheduling order are vacated. The court will hold a scheduling conference to set the remaining deadlines after ruling on the pending findings and recommendations.

IT IS SO ORDERED.

Dated:  **December 7, 2010**            **/s/ Dennis L. Beck**
UNITED STATES MAGISTRATE JUDGE

Exparte Application for Order
Modifying Amended Scheduling Order            3