# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| JAMES S. POBURSKY, et al., | ) | 1:07cv0611 AWI DLB |
| | ) | |
| Plaintiffs, | ) ) ) | ORDER DENYING PLAINTIFFS TO PROVIDE ADDITIONAL INFORMATION IN SUPPORT OF THEIR APPLICATION TO |
| v. | ) ) | PROCEED IN FORMA PAUPERIS ON APPEAL |
| MADERA COUNTY, et al., | ) ) | (Document 231) |
| Defendants. | ) ) | |

On January 13, 2011, Plaintiffs James and Wanda Pobursky filed a notice of appeal of this Court's December 13, 2010, order dismissing this action with prejudice.

Also on January 13, 2011, Plaintiffs filed an "Affidavit Accompanying Notice of Appeal to File In Forma Pauperis."

Plaintiffs paid the filing fee in the district court action and must therefore file a request to proceed in forma pauperis on appeal pursuant to Federal Rule of Appellate Procedure 24(a)(1). Plaintiffs' filing is deficient, however. Rule 24(a)(1) requires an affidavit to (1) show "in detail" the party's inability to pay or to give security for fees and costs; (2) claim an entitlement to redress; and (3) state the issues on appeal.

Although Plaintiffs' affidavit states that James Pobursky is the sole supporter of his family and cannot pay court fees, his statement lacks sufficient detail to make a determination. Moreover, although Plaintiffs state that they are entitled to redress, they fail to identify the issues they intend to present on appeal.

1

1  Therefore, Plaintiffs are ORDERED to provide a completed "Affidavit Accompanying Motion for Permission to Appeal In Forma Pauperis" as required by the Ninth Circuit Court of Appeals. A copy of the form is attached to this order and is available on the Nith Circuit Court of Appeals website at http://www.ca9.uscourts.gov/datastore/uploads/forms/IFP-Affidavit.pdf. Plaintiffs must provide all requested information before their request can be acted upon by the court.

Plaintiffs SHALL submit the completed affidavits to this Court within twenty (20) days of the date of service of this order or their request will be denied.

IT IS SO ORDERED.

Dated:  **February 17, 2011**            /s/ **Dennis L. Beck**
                                        UNITED STATES MAGISTRATE JUDGE