1
2
3
4
5
6
7
8
9
10
11
12
13
14

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

JAMES S. POBURSKY, et al.,        )  1:07cv0611 AWI DLB
                                        )
                                        )
                    Plaintiffs,    )  ORDER ADOPTING FINDINGS
                                        )  AND RECOMMENDATIONS
                                        )
    v.                              )  (Document 243)
                                        )
MADERA COUNTY, et al.,         )
                                        )
                    Defendants.    )
_____)

Plaintiffs James S. and Wanda Pobursky ("Plaintiffs") are proceeding pro se in this action.

On March 17, 2011, the Magistrate Judge issued Findings and Recommendations that Plaintiffs' motion to proceed in forma pauperis on appeal be DENIED.  The Findings and Recommendations were served on all parties and contained notice that any objections were to be filed within thirty (30) days.

On April 25, 2011, Plaintiffs filed their objections.  Defendants did not file a reply.

In accordance with the provisions of 28 U.S.C. § 636 (b)(1)(c), this Court has conducted a *de novo* review of the case.  Having carefully reviewed the entire file, including Plaintiffs' objections, the Court finds that the Findings and Recommendations are supported by the record and proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1.      The Findings and Recommendations dated March 17, 2011, are ADOPTED IN FULL; and

2.      Plaintiffs' motion to proceed in forma pauperis on appeal (Document 241) is DENIED.


IT IS SO ORDERED.

Dated:     June 6, 2011                                    

                           CHIEF UNITED STATES DISTRICT JUDGE